## Commonwealth *v.* Harris, Appellant.

Submitted November 29, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

606

*John B. Harris,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.